# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Cheryl M. Phifer,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        3:06-cv-242

Jo Anne B. Barnhart, Commissioner
of Social Security Administration,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2007 Order.

**Signed: January 22, 2007**

Frank G. Johns, Clerk
United States District Court